Submitted on record and briefs November 30, 2006, affirmed February 28, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ROBYN KAY WARNER,
*Defendant-Appellant.*

Multnomah County Circuit Court
030342616; A128397

154 P3d 146

Peter Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Stephanie Hortsch, Deputy Public Defender, Office of Public Defense Services, Legal Services Division, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Paul L. Smith, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

Affirmed. *State v. Vazquez-Escobar*, 211 Or App 115, 153 P3d 168 (2007).